UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSE ANTONIO RAMOS                                         :
:
                     Plaintiff,          :
:         22-CV-3959 (VSB)
        -against-                       :
:         **ORDER**
DEPARTMENT OF HOMELESS                                     :
SERVICES et al.,                                           :
:
                   Defendants.        :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 18, 2022, Plaintiff filed a motion for preliminary injunction and temporary restraining order against Defendants. (Doc. 16.)  Accordingly, it is hereby

      ORDERED that Defendants file a response to Plaintiff's claims by August 25, 2022.

      IT IS FURTHER ORDERED that the Parties appear for a telephonic conference on September 1, 2022 at 3:00PM, using the dial in 888-363-4749 and access code 2682448.

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

Dated: August 19, 2022
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge