UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
JOSE ANTONIO RAMOS :
:
                 Plaintiff, :
: 22-CV-3959 (VSB)
      -against- :
: **ORDER**
:
DEPARTMENT OF HOMELESS :
SERVICES et al., :
:
                Defendants. :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In light of the Defendants' filings in response to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, it is hereby:

      ORDERED that the telephonic conference currently scheduled for September 1, 2022 at 3:00PM is adjourned.

      IT IS FURTHER ORDERED that Defendants provide a copy of this Order to Plaintiff by August 31, 2022.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                               Vernon S. Broderick
                                               United States District Judge