UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                         :
JOSE ANTONIO RAMOS                                       :
                                                         :
                                   Plaintiff,            :
                                                         :          22-CV-3959 (VSB)
                    -against-                             :
                                                         :          **ORDER**
DEPARTMENT OF HOMELESS                                   :
SERVICES et al.,                                         :
                                                         :
                                   Defendants.           :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 8, 2022, Dianna McCarthy and Kevin Murray filed notices of appearance on

behalf of Defendant Breaking Ground.  (Docs. 10–11.)  On August 18, 2022, Plaintiff filed a

motion for preliminary injunction and temporary restraining order against Defendants, (Doc. 16),

and Defendant Breaking Ground filed its opposition on August 25, 2022, (Doc. 19).  However, to

date, Defendant Breaking Ground has not answered or otherwise responded to Plaintiff's

complaint.  Accordingly, it is hereby

ORDERED that Defendant Breaking Ground file a response to Plaintiff's claims by

December 12, 2022.

The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff.

SO ORDERED.

Dated:  November 22, 2022
        New York, New York

Vernon S. Broderick
United States District Judge